```
 1  MICHAEL C. ORMSBY
    United States Attorney
 2  JAMES A. GOEKE
    Assistant United States Attorney
 3  Post Office Box 1494
    Spokane, WA 99210-1494
 4  Telephone: (509) 353-2767
    Fax: (509) 835-6397
 5
    Attorneys for United States of America
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>187605 EAST 36TH AVENUE, KENNEWICK, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>101 WEST COLUMBIA DRIVE, KENNEWICK, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>        Defendants | NO.  CV-11-5024-LRS<br><br>ORDER |

THIS MATTER coming before the Court upon motion by the United States for an order on granting United States Motion to Dismiss Without Prejudice, the Court having considered the motion and the Court being fully advised in the premises,

ORDER - 1

1  IT IS HEREBY ORDERED that the United States' Motion to Dismiss without Prejudice is GRANTED.

2  DATED this 5th day of March, 2013.

3

4

5  *s/Lonny R. Suko*
   _____
6  HONORABLE LONNY R. SUKO
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 2